78,041-04

Ex Parte.
Carlos Ulloa. G.
TDCJ. No: 1423114

In the Court Of
Criminal Appeals. C.s.
Austin Texas 78711

C.C.A.N. WR-78,041-04.

Trial Court Case No: D-1-DC-06-301119-C.

¡ Notice of Law !

    Comes now Carlos U. Gomez Applicant, and respectfully here are hereby notified that applicant were not receive none determinate decision to his application for writs of habeas corpus relief which was filed by the district court on October 23, 2015 where the applicant only was notified on 11/20/2015 that this court has been denied applicant's Applicant's Motion for speedy revocation to denial Applicant motion to suppress.

    But this district court enter not yet in a determinate decision upon application for writs of habeas corpus relief of applicant's.

Respectfully submitted,

x _____
Carlos Ulloa Pro Se,
Michael Unit (MI 036)
2664 FM 2054
Tenn Colony, TX 75886.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk